IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Berlekamp Family Investments, LLC,

    *Plaintiff,*                                    Civil Action No. 2:24-cv-825-MRH

    v.                                               JURY TRIAL DEMANDED

Thomas Pipich, Thomas Barton Capital Group, LLC, T.P. Partners, LP, and Mount West Investments, LLC,

    *Defendants.*

## ORDER OF JUDGMENT

AND NOW, this \_\_\_11TH\_\_\_ day of June, 2025, pursuant to the Stipulation between Mount West Investments, LLC and Thomas Pipich, on behalf of himself as an individual and on behalf of Thomas Barton Capital Group, LLC, and T.P. Partners, LLC, it is hereby ORDERED that Judgment is entered in favor of Mount West Investments, LLC and against Thomas Pipich, Thomas Barton Capital Group, LLC and T. P. Partners, LP, jointly and severally, in the amount of $900,000. Nothing in this Order of Judgment shall bar Mount West Investments, LLC from pursuing claims, obtaining a judgment or executing on a judgment against any other individual or entity arising out of the facts and circumstances alleged in the above-captioned action or any other action that may be filed in the future arising in any way out of Mr. Pipich's actions

                                                    IT IS SO ORDERED.

                                                    _____
                                                    Mark R. Hornak
                                                    Chief United States District Judge